```
                              United States Bankruptcy Court
                              Eastern District of New York
In re:                                                                   Case No. 18-45664-nhl
Diane Materia-Thompson                                                   Chapter 7
        Debtor                     CERTIFICATE OF NOTICE
District/off: 0207-1          User: admin                 Page 1 of 2                  Date Rcvd: Jan 09, 2019
                              Form ID: 318DF7             Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2019.
db              Diane Materia-Thompson,   66 Eagan Ave,   Staten Island, NY 10312-4104
smg            +NYC Department of Finance,   345 Adams Street,   Office of Legal Affairs,
                 Brooklyn, NY 11201-3739
smg            +NYS Unemployment Insurance,   Attn: Insolvency Unit,   Bldg. #12, Room 256,
                 Albany, NY 12240-0001
9367826        +CKO,   4255 Amboy Rd,   Staten Island, NY 10308-2310
9367821         Cach LLC/Resurgent Cap,   6801 S Cimarron Rd Ste 4,   Las Vegas, NV 89113-2273
9367822         Cach, LLc -Resurgent Capital,   PO Box 10587,   Greenville, SC 29603-0587
9367833         Selip & Stylianou,   199 Crossways Park Dr,   Woodbury, NY 11797-2016
9367839         The Bureaus Inc,   650 Dundee Rd Ste 370,   Northbrook, IL 60062-2757
9367838         The Bureaus Inc,   1717 Central St,   Evanston, IL 60201-1507
9367843         Urgent Care',   4316 Amboy Rd,   Staten Island, NY 10312-3820
9367844         Visa Dept Store National Bank/Macy's,   Attn: Bankruptcy,   PO Box 8053,
                 Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Jan 09 2019 18:53:02
                 NYS Department of Taxation & Finance,   Bankruptcy Unit,   PO Box 5300,
                 Albany, NY 12205-0300
smg            +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Jan 09 2019 18:52:16
                 Office of the United States Trustee,   Eastern District of NY (Brooklyn Office),
                 U.S. Federal Office Building,   201 Varick Street, Suite 1006,   New York, NY 10014-9449
9367824         EDI: CAPITALONE.COM Jan 09 2019 23:43:00      Capital One,   15000 Capital One Dr,
                 Richmond, VA 23238-1119
9367823         EDI: CAPITALONE.COM Jan 09 2019 23:43:00      Capital One,   Attn: Bankruptcy,   PO Box 30285,
                 Salt Lake City, UT 84130-0285
9367825         EDI: CAPITALONE.COM Jan 09 2019 23:43:00      Capital One Card Services,   PO Box 71107,
                 Charlotte, NC 28272-1107
9367827         EDI: TSYS2.COM Jan 09 2019 23:43:00      Dsnb Macys,   PO Box 8218,   Mason, OH 45040-8218
9367828         EDI: IRS.COM Jan 09 2019 23:43:00      Internal Revenue Service,
                 Centralized Insolvency Operation,   PO Box 7346,   Philadelphia, PA 19101-7346
9367829         EDI: MID8.COM Jan 09 2019 23:43:00      Midland Funding,   2365 Northside Dr Ste 30,
                 San Diego, CA 92108-2709
9367830         EDI: MID8.COM Jan 09 2019 23:43:00      Midland Funding,   2365 Northside Dr Ste 300,
                 San Diego, CA 92108-2709
9367832         EDI: PRA.COM Jan 09 2019 23:43:00      Portfolio Recovery Associates LLC,   PO Box 12914,
                 Norfolk, VA 23541-0914
9367831         EDI: PRA.COM Jan 09 2019 23:43:00      Portfolio Recov Assoc,   120 Corporate Blvd Ste 100,
                 Norfolk, VA 23502-4952
9367834         EDI: STFM.COM Jan 09 2019 23:43:00      State Farm Bank, F.S.B,   1 State Farm Plz # E-6,
                 Bloomington, IL 61710-0001
9367835         EDI: STFM.COM Jan 09 2019 23:43:00      State Farm Financial S,   1 State Farm Plz,
                 Bloomington, IL 61710-0001
9367836         EDI: TDBANKNORTH.COM Jan 09 2019 23:43:00      Td Bank,   Attn: Bankruptcy,
                 1701 Marlton Pike E,   Cherry Hill, NJ 08003-2390
9367837         EDI: TDBANKNORTH.COM Jan 09 2019 23:43:00      Td Bank N.A.,   32 Chestnut St,
                 Lewiston, ME 04240-7744
9367840         EDI: TFSR.COM Jan 09 2019 23:43:00      Toyota Motor Credit,   PO Box 8026,
                 Cedar Rapids, IA 52408-8026
9367842         EDI: TFSR.COM Jan 09 2019 23:43:00      Toyota Motor Credit Co,   Toyota Financial Services,
                 PO Box 8026,   Cedar Rapids, IA 52408-8026
9367841         EDI: TFSR.COM Jan 09 2019 23:43:00      Toyota Motor Credit Co,   PO Box 9786,
                 Cedar Rapids, IA 52409-0004
                                                                                              TOTAL: 18

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0207-1          User: admin                Page 2 of 2              Date Rcvd: Jan 09, 2019
                              Form ID: 318DF7            Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2019 at the address(es) listed below:
              Alan   Nisselson     anisselson@windelsmarx.com,
               theston@windelsmarx.com;mcorwin@windelsmarx.com;n159@ecfcbis.com
              Kevin   Zazzera     on behalf of Debtor Diane   Materia-Thompson kzazz007@yahoo.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
                                                                                             TOTAL: 3
```

| **Information to identify the case:** | |
|---|---|
| Debtor 1 **Diane Materia–Thompson** | Social Security number or ITIN **xxx–xx–7885** |
| First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing)   First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Eastern District of New York** | |
| Case number: **1–18–45664–nhl** | |

# Order of Discharge and Final Decree

**Revised: 12/15**

**IT IS ORDERED:**

A discharge under 11 U.S.C. § 727 is granted to:

> Diane Materia–Thompson
> aka Diane Thompson

**IT IS FURTHER ORDERED**:

- Alan Nisselson (Trustee) is discharged as trustee of the estate of the above–named debtor(s) and the bond is cancelled.

- The Chapter 7 case of the above–named debtor(s) is closed.

**BY THE COURT**

Dated: January 9, 2019

s/ Nancy Hershey Lord
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Official Form 318DF7        **Chapter 7 Order of Discharge and Final Decree**        page 1

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person(s) named as the debtor(s). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor(s) a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor(s). A creditor who violates this order can be required to pay damages and attorney's fees to the debtor(s).

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts;

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**